Rev'd by: [illegible]

DKC 25CV0656

On the 26th Feb 2025 at 4:10 PM. I was at 7 Eleven business location store at 3570 Cram Hwy on 301 South Bowie, Maryland, I approched a Male Arab Man the cashier I politely asked him where is the restroom and suprisely he told me there no restroom and I should get out. He was very rude and he repeated again no restroom there I should get out and he proceeded to shut and his voice was loud causing publicly embasing to me. I also felt discriminated. As the situation get tense I called 911 and the police arrived and issued a case number. First why is 7 Eleven Operating Public business that serves food and drink with no restroom. Therefore I am requesting the corporate office and local store center to come to the court to explain. I would like to pursuit a law on 7 Eleven Corporate Headquater and his local store at Bowie location Public harassement operating business with no restroom, Racial intimidation discrimatory, for restroom denial and start store Invitigation. This is harassement and the United States Revenue allow all businesses to write off their yearly business expenses as to avoid this type of harassement for business owner to comply to States Law.

FEB 27 2025
DEPUTY

Secondly, 7 Eleven Corporate and local store at Bowie location fail to provide basic restroom need to Public as according to City Code and State code require that Customers, Patrons and visitors to Public business Must allow to use toilet Facilities and ADA => American disability Act requires establisment that serves provide access to Public restroom. Thiradly Maryland Restroom Access Act Health-General 24-209

Therefore I request Full Invitigation and Court Supoena the Corporate office, local to provide evidence to the Court and the store at Bowie Must provide 30 days video recording for the In-store activities.

Micheal Agbi
9602 Glenkirk way
Bowie, Md 20721

Finally, I am suing 7 Eleven and the local at Bowie the Sum 3 Million for the corporate 2million and local store 1 million

~~For Not Compliance~~

① Racial Discrimination
② Shy bladder or paruesis (causing)
③ Depression Emotional
④ Public harassement
⑤ Health risk to my bladder
⑦ Non-Compliance
⑧ No Visible Restroom Post

Michael Agbi
4602 Glenkirk Way
Bowie, Md 20721